**Dated: September 13, 2017**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE


In Re:                                              Chapter 13
LESLIE R FERNANDEZ

Debtor(s)                                           Case No. 17-25493-E
SSN XXX-XX-8159
```
_____

Order Confirming Plan

_____

   It appearing to the Court that the debtor(s) has filed a plan which has been sent to the scheduled creditors; that at the confirmation hearing it appeared to the Court from statements of the Chapter 13 Trustee, and the entire record herein that the plan as finalized complies with 11 U.S.C.A. §1325(a) and other applicable provisions of Bankruptcy Code; and that the plan should be confirmed;
   IT IS THEREFORE, ORDERED BY THE COURT:

1. That the debtor(s)' plan, which is attached hereto, is confirmed;

2. That the debtor pay into the plan as follows:

 Debtor One Employer   FEDERAL EXPRESS CORPORATION P.    $582.00 WEEKLY

   If this is different from the originally proposed plan, then the Chapter 13 Trustee is authorized to submit a separate order changing payment. Furthermore, the debtor(s)' future earnings shall remain under the property of the estate and under the exclusive control of this Court pursuant to 28 U.S.C. §§1334(e) and 157(a).  In the event of a case dismissal, funds held by the Chapter 13 Trustee shall be paid to creditors in accordance with the terms of the plan unless otherwise ordered by the court.

3. All property shall remain property of the Chapter 13 estate under 11 U.S.C. §§541(a) and 1306(a) and shall revest in the debtor(s) only upon discharge

pursuant to §1328(a), conversion of the case, or specific order of the Court which states otherwise.  The debtor(s) shall remain in possession of and in control of all property of the estate not transferred to the Trustee, and shall be responsible for the protection and preservation of all such property, pending further orders of the Court.

4. An attorney fee is allowed in the amount of $3,800.00.  The attorney has receieved $30.00 to be retained.

5.  Any real estate tax claimants shall be treated as fully secured if the plan proposes to treat them as secured debts.  If the debtor(s) surrender(s) with Court authorization any real property during the pendency of this case or such property is abandoned, the real property will no longer be property of the estate; the automatic stay shall terminate regarding the interests of affected real property taxing authorities, and the Chapter 13 Plan may be modified accordingly.

6.  The balances of any student loans shall survive discharge if the plan indicates same.


CC: Sylvia Ford Brown                /s/ Sylvia Ford Brown
JB                                   Chapter 13 Trustee
    JIMMY MCELROY ATTY
    3780 S MENDENHALL #202
    MEMPHIS, TN  38115

```
                  CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)
DEBTOR(S)       LESLIE R FERNANDEZ                          SSN XXX-XX-8159
                :
BK NUMBER       17-25493-E
                :7515 JUNIPER RIDGE DR
                 MEMPHIS, TN  38125

PLAN PAYMENT    :(DEBTOR 1)      $582.00   WEEKLY              - Payroll Deducti

EMPLOYER(S)     :  FEDERAL EXPRESS CORPORATION PAYROLL SERVICES
                   30 FEDEX PARKWAY
                   2ND FLOOR HORIZ
                   COLLIERVILLE, TN  38017

ADMINISTRATIVE   Pay filing fee, Trustee fee, and debtor's attorney fee

                                                                 MONTHLY
                                                                 PLAN PYMT

AUTO INSURANCE:
    AUTO INSURANCE NOT INCLUDED


HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly

   SPECIALIZED LOAN SERVICING LL  ongoing pmt. begin   09/01/2017       $953.95
      Approx. arrearage     $36,861.51  Interest       0.00%            $615.00

SECURED CREDITORS:                          VALUE       INT RATE   MONTHLY
[retain lien 11 U.S.C.                                             PLAN PYMT
  CONN'S                                   $428.00        5.75%       $10.00
  WELLS FARGO BANK                      $23,800.00        5.75%      $476.00

UNSECURED CREDITORS: Pay 100.00% of these claims after above claims are paid:

   QUANTUM3 GROUP LLC                  $499.97
   AHMED AL FAKHOUR                     $35.62
   AEL - MEMPHIS                        $19.85
   METHODIST HEALTHCARE                $887.00
   CHECK INTO CASH OF TN             $1,149.54
   BAPTIST MEMORIAL MEDICAL GROUP       $20.20
   CONSOLIDATED RECOVERY SYSTEMS       $336.13
   CENTRAL FINANCIAL CONTROL           $530.00
   AMERICAN WEB LOAN                   $771.84
   BUSINESS REVENUE SYSTEMS            $152.06
   ORTHOONE SPORTS MEDICINE & ORTH      $42.70
   MEMPHIS RADIOLOGICAL PC             $213.13
   DIRECTV                             $107.00
   WESLEY NEUROLOGY CLINIC             $222.61
   UNIVERSAL COLLECTION SYSTEMS         $69.25
   UNIVERSAL COLLECTION SYSTEMS        $296.80
   T M CARR MD PC                      $152.06
   WASTE CONNECTIONS                    $72.25
   REVENUE RECOVERY CORPORATION         $42.70
   SUTHERLAND CARDIOLOGY               $170.38
   SUTHERLAND CARDIOLOGY               $362.69
   SOUTHWEST CREDIT                    $950.71
   SOUTHWEST CREDIT                    $950.71
   AMERICAN INFOSOURCE LP AS AGENT     $308.53
   THOMAS LAW FIRM                     $168.31
```

```
TERMINATION: Plan shall terminate upon payment of the above, approximately  60
months.
```