**Fill in this information to identify the case:**

Debtor 1: LESLIE R. FERNANDEZ

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Tennessee

Case number: 17-25493

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust X

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 2 8

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | 3/15/2018  $105 | (6) | $ 105.00 |
| 7. Property inspection fees | 3/15/2018  $15 | (7) | $ 15.00 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

Debtor 1  **LESLIE R. FERNANDEZ**            Case number *(if known)* 17-25493
         First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Ankita Gupta              Date 05/02/2018
  Signature

Print:  Ankita Gupta                        Title  Claims Processor
        First Name   Middle Name   Last Name

Company  AIS Portfolio Services, LP

Address  P.O. Box 201347
         Number   Street
         Arlington            TX      76006
         City                 State   ZIP Code

Contact phone  888-455-6662                 Email _____

Official Form 410S2       **Notice of Postpetition Mortgage Fees, Expenses, and Charges**       page **2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Western DISTRICT OF Tennessee
MEMPHIS Division

IN RE:                                              Judge:   George W. Emerson Jr.
                                                    Case No. 17-25493

Case Name: Leslie R. Fernandez

    Debtor(s).

## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

PLEASE BE ADVISED that on 05/02/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(c) (the "Bankruptcy Rules"), U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust X filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") on the Bankruptcy Court's Claims Register, supplementing U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust X's previously filed proof of claim. The Notice was filed within 180 days after the date on which the fees, expenses and/or charges were incurred by Leslie R. Fernandez. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and all applicable Bankruptcy Rules. Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, via Electronic Notice or by First Class U.S. Mail, postage prepaid, within 180 days after the date on which the fees, expenses and/or charges were incurred by Leslie R. Fernandez.

Leslie R. Fernandez
7515 JUNIPER RIDGE DR.
MEMPHIS,TN 38125

Date: 05/02/2018

                                                                               By: /s/ Ankita Gupta
                                                                                  Ankita Gupta, Claims Processor
                                                                                  P.O. Box 165028
                                                                                  Irving, TX 75016
                                                                                  (817) 277-2011 Office
                                                                                  (888) 455-6662 Toll Free
                                                                                  (817) 461-8070 Fax
                                                                                  Authorized Agent for Shellpoint Mortgage Servicing

**DEBTOR ATTORNEY:**
JIMMY E MCELROY
ATTORNEY AT LAW
3780 S MENDENHALL
MEMPHIS,TN 38115

**TRUSTEE:**
SYLVIA F BROWN
Trustee of the U.S. Bankruptcy Court
200 JEFFERSON AVE SUITE #1113
MEMPHIS,TN 38103